# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSTER LEE EARLES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO, Warden,<br><br>　　　　　Respondent. | Case No. SACV 17-0899-MWF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that the Petition be dismissed with prejudice and Judgment be entered dismissing this action.

DATED: August 30, 2019

　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　U.S. DISTRICT JUDGE