JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BUSTER LEE EARLES,          ) Case No. SACV 17-0899-MWF (JPR)
                      )
           Petitioner,  )
                      )    **J U D G M E N T**
        v.           )
                      )
PATRICK COVELLO, Warden,   )
                      )
          Respondent.  )
                      )

_____

     Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.


DATED: <u>August 30, 2019</u>    _____
                           MICHAEL W. FITZGERALD
                           U.S. DISTRICT JUDGE